FILED
DEC 04 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-MC-10-BO

| | |
|---|---|
| IN RE: | |
| NONJUDICIAL CIVIL FORFEITURE PROCEEDING | CONSENT MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT |
| $130,000.00 IN U.S. CURRENCY DEA Case No. GG-24-0029 Asset ID No. 24-DEA-713879 | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, with the consent of the claimant, moves the Court to grant a 60-day extension of time in which the United States is required to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture with respect to the above-captioned property, as authorized by 18 U.S.C. § 983(a)(3)(A).

In support of this motion, the United States represents to the Court as follows:

1. The property at issue is $130,000.00 in U.S. Currency (Asset ID No. 24-DEA-713879) seized from the claimant's account at Woodforest National Bank in Wilmington, North Carolina related to a New Hanover Sheriff's Office drug trafficking investigation.

2. The property was processed for nonjudicial civil forfeiture under the provisions of the Civil Asset Forfeiture Reform Act (CAFRA), 18 U.S.C. § 983, by the U.S. Drug Enforcement Administration (DEA). All of the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) has been sent.

3. On September 5, 2024, Derrick Greene, the claimant, submitted a claim to the DEA through his attorney, Brett Wentz, asserting an interest in the

$130,000.00 in U.S. Currency (Asset ID No. 24-DEA-713879). Pursuant to 18 U.S.C. § 983(a)(3), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than December 4, 2024.

4. The time has expired for any other person to file a claim to the property under 18 U.S.C. § 983(a)(2)(B).

5. The parties have agreed to a 60-day extension of the filing deadline for purposes of allowing themselves a reasonable and sufficient period in which to evaluate their respective positions regarding the property prior to the commencement of litigation and engaging in settlement discussions.

6. Therefore, the United States respectfully requests that the CARFA filing deadline be extended by an additional period of 60 days, pursuant to 18 U.S.C. § 983(a)(3)(A), for good cause shown and upon agreement of the parties.

WHEREFORE, the United States respectfully requests that the Court extend the period in which the United States is required to file a civil complaint against the property and/or to obtain a criminal indictment alleging forfeiture by 60 days, resulting in a new deadline of February 2, 2025.

Respectfully submitted, this 4th day of December 2024.

                MICHAEL F. EASLEY, JR.
                United States Attorney

By:   /s/ *Michael G. James*
        MICHAEL G. JAMES
        Assistant United States Attorney
        U. S. Attorney's Office Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        E-mail: mike.james@usdoj.gov
        N.Y. Reg. No. 2481414

*Attorney for United States*

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 4th day of December 2024, counsel served a copy of the foregoing Motion and proposed Order upon counsel via electronic mail to:

Mr. Brett Wentz
Wentz Law, PLLC
401 Chestnut Street, Suite C
Wilmington, NC 28401
brett@brettwentzlaw.com
brettwentz@gmail.com

        MICHAEL F. EASLEY, JR.
        United States Attorney

By: /s/ Michael G. James
        MICHAEL G. JAMES
        Assistant United States Attorney
        U. S. Attorney's Office Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        E-mail: mike.james@usdoj.gov
        N.Y. Reg. No. 2481414

*Attorney for United States*